EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Alejandro Delgado Vigier | 2018 TSPR 7 199 DPR ____ |
|---|---|

Número del Caso: TS-14,913

Fecha:   18 de enero de 2018

Abogado de la parte peticionaria:

Por derecho propio

Oficina de Inspección de Notarías:

Lcdo. Manuel Ávila De Jesús
Director

Materia:Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Alejandro Delgado Vigier                    TS-14,913


RESOLUCIÓN

San Juan, Puerto Rico, a 18 de enero de 2018.

Examinada la *Moción informativa y en solicitud de reconsideración,* presentada por el Sr. Alejandro Delgado Vigier, se le reinstala a la práctica de la abogacía y la notaría, previo a presentar evidencia de fianza vigente.

Se instruye al Secretario del Tribunal a activar la Queja Núm. AB-2013-440. Se le ordena al señor Delgado Vigier contestar la misma en un término final e improrrogable de diez (10) días, contado a partir de la notificación de esta Resolución. Se le apercibe que, de no hacerlo, se expone a sanciones disciplinarias severas, incluyendo la suspensión inmediata e indefinida de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo